IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KARINA ROWAN and FRANK ROWAN,<br><br>  Plaintiffs,<br><br>vs.<br><br>KEVIN DITAMORE; AYUMI DITAMORE; CASCADE JOINERY, INC.; GREG ROBINSON, dba GREG ROBINSON ARCHITECT; BEAUDETTE CONSULTING ENGINEERS, INC., nka DCI ENGINEERS, INC.; HOMESCOOP INC., dba KAUAI HOME INSPECTION SERVICES; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10,<br><br>  Defendants. | Civil No. 20-CV-000543 JMS-RT<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date indicated below, a copy of the foregoing document was duly served electronically through CM/ECF on the following parties:

{08223-1009-00073704-3}

BRUCE D. VOSS
JOHN D. FERRY III
BAYS LONG ROSE VOSS
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
bvoss@legalhawaii.com
jferry@legalhawaii.com

Attorneys for Plaintiffs
KARINA ROWAN and FRANK ROWAN

RANDALL K. SCHMITT
NICHOLAS K. N. KIDO
MCCORRISTON MILLER MUKAI
MACKINNON LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
schmitt@m4law.com
NKK@m4law.com

Attorneys for Defendants
KEVIN DITAMORE and AYUMI DITAMORE

LEAH REYES
GALLAGHER KANE AMAI & REYES
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
lreyes@insurlawhawaii.com

Attorney for Defendant
CASCADE JOINERY, INC.

BENNETT CHIN
SABRINA KAWANA
GORDON REES SCULLY MANSUKHANI
915 Fort Street Mall, Suite 601
Honolulu, Hawaii  96813
bchin@grsm.com
skawana@grsm.com

Attorney for Defendant
GREG ROBINSON,
dba GREG ROBINSON ARCHITECT

JAMES SHIN
ROECA LURIA SHIN, LLP
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
jshin@rlhlaw.com

Attorney for Defendant
HOMESCOOP INC., dba KAUAI HOME INSPECTION SERVICES

DATED:  Honolulu, Hawaii, December 16, 2021.


YOSHIMOTO LAW GROUP
A Limited Liability Law Company

　　*/s/ Wesley D. Shimazu*　
NATHAN H. YOSHIMOTO
WESLEY D. SHIMAZU

Attorneys for Defendant
D'AMATO CONVERSANO, INC., P.C., dba DCI ENGINEERS, incorrectly named as BEAUDETTE CONSULTING ENGINEERS, INC., nka DCI ENGINEERS, INC.

{08223-1009-00073704-3}

3