IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KARINA ROWAN, FRANK ROWAN, | CIV. NO. 20-00543 JMS-RT |
| Plaintiffs, | |
| vs. | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| KEVIN DITAMORE, AYUMI DITAMORE, JOHN DOES 1-10, JANE DOES 1-10,  DOE CORPORATIONS 1-10,  DOE PARTNERSHIPS 1-10,  DOE ENTITIES 1-10,  DOE GOVERNMENTAL ENTITIES 1-10, CASCADE JOINERY, INC., GREG ROBINSON,  BEAUDETTE CONSULTING ENGINEERS, INC., HOMESCOOP INC.,  D'AMATO CONVERSANO, INC., P.C., DBA DCI ENGINEERS, | |
| Defendants. | |

## <u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>

Before the Court is Defendant Greg Robinson dba Greg Robinson

Architect's ("Defendant Robinson") counsel's Motion for Withdrawal and

Substitution of Counsel for Defendant Robinson ("Motion to Withdraw").  ECF

No. 70.  Bennett J. Chin, Esq., Sabrina M. Kawana, Esq. and the law office of

Gordon Rees Scully Mansukhani, LLP seeks permission to withdraw as counsel

for Defendant Robinson and to substitute Leah M. Reyes, Esq. of Gallagher Kane

Amai & Reyes as counsel of record.  Leah M. Reyes, Esq. of Gallagher Kane Amai & Reyes has been counsel of record for Defendant Cascade Joinery, Inc. ("Defendant CJI"), Defendant Robinson's former employer, since Defendant Robinson and Defendant CJI were named defendants in this action.

The Court finds the Motion suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

For good cause shown and pursuant to Local Rule 83.5, the Court GRANTS the Motion to Withdraw.  Bennett J. Chin, Esq., Sabrina M. Kawana, Esq. and the law office of Gordon Rees Scully Mansukhani, LLP is hereby withdrawn as counsel for Plaintiffs.  Leah M. Reyes, Esq. of Gallagher Kane Amai & Reyes is substituted in for withdrawn counsel and is directed to enter a notice of appearance for Defendant Robinson.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, May 4, 2022.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 20-00543 JMS-RT;  *Karina Rowan, et al. vs. Kevin Ditamore, et al.*;
Order Granting Motion to Withdraw as Counsel