# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00543-JMS-RT |
| CASE NAME: | Karina Rowan, et al. v. Kevin Ditamore, et al. |
| ATTYS FOR PLA: | John Ferry, III* |
| ATTYS FOR DEFT: | Leah Reyes* <br> James Shin* <br> Nathan Yoshimoto* |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 01/19/2023 | TIME: | 8:30 - 8:44 a.m. |

COURT ACTION:  EP: TELEPHONIC STATUS CONFERENCE held.

Counsel for Defendants Kevin Ditamore and Ayumi Ditamore did not call to participate in today's conference.

Discussion had.  Parties confirm settlement in principle reached with assistance of mediator.  Draft settlement documents being circulated.

**Stipulated Dismissal With Prejudice** due by **3/30/2023** and to be submitted to District Judge Seabright at Seabright_Orders@hid.uscourts.gov, with courtesy copy to Trader_Orders@hid.uscourts.gov.

**Trial date and all deadlines are VACATED**, including the 1/25/2023 Telephone Conference before Magistrate Judge Trader and the 2/13/2023 hearing on Defendants' [ECF [89], [91], [94], [96] and [98] (collectively, "Motions for Summary Judgment") before District Judge Seabright.

Defendants' *Motions for Summary Judgment* are **TERMINATED WITHOUT PREJUDICE**, subject to re-setting upon parties' letter request in the event parties are unable to finalize settlement.

Court to retain jurisdiction for limited time period to effectuate settlement up until the filing of the stipulation to dismiss.  *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

To monitor the status of the stipulation to dismiss, Court sets Confidential Telephone Conference for **4/5/2023 at 8:30 a.m.** before Magistrate Judge Trader.  No submissions required.  Parties and other participants must call-in at least five (5) minutes prior to the scheduled start time of the conference.  Call-in instructions are below:

Dial in number:    1-833-568-8864 (toll-free).
Meeting ID:        161 5641 6035.

Court to update District Judge Seabright.

Parties to update counsel for Defendants Kevin Ditamore and Ayumi Ditamore.

*Submitted by: Lian Abernathy, Courtroom Manager*