GALLAGHER KANE AMAI & REYES
Attorneys at Law, A Law Corporation

LEAH M. REYES                                  7463-0
Topa Financial Center
745 Fort Street, Suite 1550
Honolulu, Hawaii 96813
Telephone: (808) 531-2023
email: lreyes@insurlawhawaii.com

Attorney for Defendants
CASCADE JOINERY, INC. and
GREGORY ROBINSON, dba
GREG ROBINSON ARCHITECT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| KARINA ROWAN and FRANK ROWAN, | ) CIVIL NO. 1:20-cv-00543-JMS-RT ) ) |
| Plaintiff, | ) ORDER GRANTING DEFENDANTS ) CASCADE JOINERY, INC. AND |
| vs. | ) GREGORY ROBINSON, dba GREG ) ROBINSON ARCHITECT'S MOTION |
| KEVIN DITAMORE; AYUMI DITAMORE; CASCADE JOINERY, INC.; GREGORY ROBINSON, dba GREG ROBINSON ARCHITECT; BEAUDETTE CONSULTING ENGINEERS, INC., nka DCI ENGINEERS, INC.; HOMESCOOP INC., dba KAUAI HOME INSPECTION SERVICES; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITES 1-10; and DOE GOVERNMENTAL ENTITES 1-10, | ) TO FILE EXHIBIT "A" TO ) DEFENDANTS CASCADE JOINERY, ) INC. AND GREGORY ROBINSON, ) dba GREG ROBINSON ARCHITECT'S ) PETITION FOR DETERMINATION ) OF GOOD FAITH SETTLEMENT ) UNDER SEAL ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) |

## ORDER GRANTING DEFENDANTS CASCADE JOINERY, INC. AND GREGORY ROBINSON, dba GREG ROBINSON ARCHITECT'S MOTION TO FILE EXHIBIT "A" TO DEFENDANTS CASCADE JOINERY, INC. AND GREGORY ROBINSON, dba GREG ROBINSON ARCHITECT'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL

Upon consideration of Defendants CASCADE JOINERY, INC. and GREGORY ROBINSON, dba GREG ROBINSON ARCHITECT'S (collectively "Defendants Cascade Joinery and Robinson") Motion to File Exhibit "A" to Defendants Cascade Joinery and Robinson's Petition for Determination of Good Faith Settlement Under Seal, the declaration in support of Motion, exhibit and the records and files herein, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Defendants Cascade Joinery and Robinson's Motion is GRANTED, and Exhibit "A" to Defendants Cascade Joinery and Robinson's Petition for Determination of Good Faith Settlement shall be submitted under seal.

IT IS FURTHER ORDERED that:

1. The only parties allowed to view Exhibit "A" filed under seal are the Court, the Settling Parties to this lawsuit, and non-settling joint tortfeasors or co-obligors who have executed the confidentiality agreement in the form attached as Exhibit "1" to Defendants Cascade Joinery and Robinson's instant Motion, and their respective counsel;

2. Exhibit "A" to Defendants Cascade Joinery and Robinson's Petition for Determination of Goof Faith Settlement, shall be sealed until further order of this Court; and

3. Any additional pleadings filed by the Settling Parties or any non-settling parties or co-obligors which address the terms of settlement agreement set forth in Exhibit "A" shall also be filed under seal after complying with LR5.2.

DATED: Honolulu, Hawaii, March 22, 2023.



Rom A. Trader
United States Magistrate Judge

---

ORDER GRANTING DEFENDANTS CASCADE JOINERY, INC. AND GREGORY ROBINSON, dba GREG ROBINSON ARCHITECT'S MOTION TO FILE EXHIBIT "A" TO DEFENDANTS CASCADE JOINERY, INC. AND GREGORY ROBINSON, dba GREG ROBINSON ARCHITECT'S PETITION FOR DETERMINATION OF GOOD FAITH SETTLEMENT UNDER SEAL; <u>Karina Rowan et al. v. Kevin Ditamore et al.</u>, Civil No. 1:20-cv-00543-JMS-RT, In the United States District Court for the District of Hawai`i