IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KARINA ROWAN, FRANK ROWAN,<br><br>Plaintiffs,<br><br>vs.<br><br>KEVIN DITAMORE, ET AL.,<br><br>Defendants. | Civ. No. 20-000543 JMS-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS OF APRIL 28, 2023 |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS OF APRIL 28, 2023

On April 28, 2023, Magistrate Judge Rom Trader issued a Findings and Recommendation to Grant Petition for Determination of Good Faith Settlement ("Findings and Recommendation"). ECF No. 122.

The Findings and Recommendation have been filed and served on all parties, and no objections have been filed. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 17, 2023.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge