Of Counsel:

LUNG ROSE VOSS & WAGNILD

BRUCE D. VOSS                 6532-0
Attorney at Law
A Law Corporation
JOHN D. FERRY III             9143-0
Topa Financial Center
700 Bishop Street, Suite 900
Honolulu, Hawaii 96813
Telephone:  (808) 523-9000
Facsimile:  (808) 533-4184
Email:      bvoss@legalhawaii.com
            jferry@legalhawaii.com

Attorneys for Plaintiffs
KARINA ROWAN and FRANK ROWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| KARINA ROWAN and FRANK ROWAN,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>KEVIN DITAMORE; AYUMI DITAMORE; CASCADE JOINERY, INC.; GREG ROBINSON, dba GREG ROBINSON ARCHITECT; BEAUDETTE CONSULTING ENGINEERS, INC., nka DCI ENGINEERS, INC.; HOMESCOOP INC., dba KAUAI HOME INSPECTION SERVICES; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE | ) CIVIL NO. 20-00543 JMS-RT<br>) (Contract)<br>)<br>) STIPULATION FOR DISMISSAL<br>) WITH PREJUDICE OF ALL<br>) CLAIMS AND PARTIES<br>)<br>)<br>)<br>)<br>) Trial Date: May 23, 2023 (Vacated)<br>) Judge: Magistrate Judge Rom Trader<br>) Trial Judge: J. Michael Seabright<br>)<br>) *(Caption continued on next page)*<br>)<br>)<br>)<br>) |

| | |
|---|---|
| PARTNERSHIPS 1-10; DOE ENTITIES 1-10; and DOE GOVERNMENTAL ENTITIES 1-10, | ) ) ) ) |
| Defendants. | ) ) ) ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED, by and between the parties herein, that pursuant to Rules 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, and Rule 41.1 of the Local Rules of the United States District Court for the District of Hawaii, that all claims, complaints, cross-claims, counterclaims, third-party complaints and all amendments thereto asserted in this matter are hereby dismissed with prejudice as to all parties.  Each party is to bear its own attorneys' fees and costs.  Trial in this matter had been set for May 23, 2023 before the Honorable J. Michael Seabright.

All appearing parties have signed this Stipulation.  There are no remaining parties, claims, or issues in this lawsuit.

DATED: Honolulu, Hawaii, May 24, 2023.

        */s/ John D. Ferry III*
BRUCE D. VOSS
JOHN D. FERRY III

Attorneys for Plaintiffs
KARINA ROWAN and FRANK ROWAN

DATED: Honolulu, Hawaii, May 24, 2023.

        */s/ Randall K. Schmitt*
RANDALL K. SCHMITT

Attorneys for Defendants
KEVIN DITAMORE and
AYUMI DITAMORE

DATED: Honolulu, Hawaii, May 24, 2023.

        */s/ Leah M. Reyes*
LEAH M. REYES
MICHELLE H. TAKAHASHI

Attorneys for Defendant
CASCADE JOINERY, INC., and GREG
ROBINSON, dba GREG ROBINSON
ARCHITECT

DATED: Honolulu, Hawaii, May 24, 2023.

                                    */s/ Nathan H. Yoshimoto*
                                    NATHAN H. YOSHIMOTO
                                    WESLEY D. SHIMAZU

                                    Attorneys for Defendant
                                    D'AMATO CONVERSANO, INC., P.C.,
                                    dba DCI ENGINEERS
                                    incorrectly named as BEAUDETTE
                                    CONSULTING ENGINEERS, INC., nka
                                    DCI ENGINEERS, INC.

DATED: Honolulu, Hawaii, May 24, 2023.

                                    */s/ James Shin*
                                    JAMES SHIN

                                    Attorney for Defendant
                                    HOMESCOOP INC., dba KAUAI HOME
                                    INSPECTION SERVICES


APPROVED AS TO FORM:


                            /s/ J. Michael Seabright
                            J. Michael Seabright
                            United States District Judge

---

*Karina Rowan and Frank Rowan vs. Kevin Ditamore, et al*., Civil No. 20-00543 JMS-RT, United States District Court for the District of Hawaii, STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES